JEFFREY M. VUCINICH, ESQ.  BAR#: 67906
email: jvucinich@clappmoroney.com
DANIEL D. MARCUS, ESQ. BAR #: 312740
Email: dmarcus@clappmoroney.com
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, CA  94066
(650) 989-5400 (650) 989-5499 FAX

Attorneys for Defendant
KRISTOFER BIORN (erroneously sued as Kristof Biorn)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Paul Mula Jr., a California resident, individually, and on behalf of the Ogier Revocable Trust, together with the putative Helene Mula-Stouky and Paul S. Mula Jr. Trusts,<br><br>                Plaintiffs,<br><br>vs.<br><br>Helene Mula-Stouky, a California resident, both individually and as former Successor Trustee of the Ogier Revocable Trust Dated August 7, 2000 and former Putative Trustee of the Helene Mula-Stouky Sub-Trust thereof; Alan Mula, a California resident; Terry Wallace, née Campbell, an Idaho resident; Kristof Biorn, a California resident; Crist, Schulz, Biorn & Shepherd APC, a California Professional Corporation; Patricia Bye, a California resident, both individually and as current Successor Trustee of the Helene Mula-Stouky Trust Dated November 24, 1997, current Successor Trustee of the Ogier Revocable Trust Dated August 7, 2000, and Conservator of the Conservatorship Estate of Helene Mula-Stouky; Bye & Bye Services, a California Sole Proprietorship; Howard | Case No. 5:21-cv-04540-BLF<br><br>**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Complaint filed:  June 11, 2021<br><br>Trial date:  N/A |

1  G. Frank, a California resident; Alexandra R.
2  Martin, a California resident; Aaron, Riechert,
   Carpol & Riffle, APC, a California
3  Professional Corporation; Robert E.
   Temmerman, a California resident;
4  Temmerman, Cilley & Kohlmann, LLP, a
   California Professional Corporation; Christine
5  Smith, née Weiss, a California resident, both
   individually and as Conservator of the Person
6  of Helene Mula-Stouky; and Does 1-100,

7                Defendants.

8

9        Defendant KRISTOFER BIORN (erroneously sued as Kristof Biorn) answers the First

10  Amended Complaint of Plaintiff PAUL MULA JR., A CALIFORNIA RESIDENT,

11  INDIVIDUALLY, AND ON BEHALF OF THE OGIER REVOCABLE TRUST, TOGETHER

12  WITH THE PUTATIVE HELENE MULA-STOUKY AND PAUL S. MULA JR. TRUSTS

13  (hereinafter "Plaintiff") as follows:

14                          **SUMMARY OF THIS LAWSUIT**

15        1.      Answering ¶ 1 of the First Amended Complaint, Defendant lacks sufficient

16  information and belief upon which to base an answer, and for that reason, denies generally and

17  specifically the allegations contained herein.

18        2.      Answering ¶ 2 of the First Amended Complaint, Defendant lacks sufficient

19  information and belief upon which to base an answer, and for that reason, denies generally and

20  specifically the allegations contained herein.

21        3.      Answering ¶ 3 of the First Amended Complaint, Defendant lacks sufficient

22  information and belief upon which to base an answer, and for that reason, denies generally and

23  specifically the allegations contained herein.

24        4.      Answering ¶ 4 of the First Amended Complaint, Defendant lacks sufficient

25  information and belief upon which to base an answer, and for that reason, denies generally and

26  specifically the allegations contained herein.

27               **JURISDICTION, VENUE and CONDITIONS PRECEDENT**

28        5.      Answering ¶ 5 of the First Amended Complaint, Defendant lacks sufficient

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

6.      Answering ¶ 6 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

7.      Answering ¶ 6.1 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

## THE PARTIES

8.      Answering ¶ 7 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

9.      Answering ¶ 8 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

10.     Answering ¶ 8.1 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

11.     Answering ¶ 8.2 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

12.     Answering ¶ 8.3 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

13.     Answering ¶ 8.4 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

14.     Answering ¶ 8.5 of the First Amended Complaint, Defendant lacks sufficient

information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

15.     Answering ¶ 8.6 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

16.     Answering ¶ 8.7 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

17.     Answering ¶ 8.8 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

18.     Answering ¶ 8.9 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

19.     Answering ¶ 8.10 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

20.     Answering ¶ 8.11 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

21.     Answering ¶ 8.12 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

22.     Answering ¶ 8.13 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

23.     Answering ¶ 8.14 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

1 specifically the allegations contained herein.

2     24.    Answering ¶ 8.15 of the First Amended Complaint, Defendant lacks sufficient

3 information and belief upon which to base an answer, and for that reason, denies generally and

4 specifically the allegations contained herein.

5 **FACTS**

6     25.    Answering ¶ 9 of the First Amended Complaint, Defendant lacks sufficient

7 information and belief upon which to base an answer, and for that reason, denies generally and

8 specifically the allegations contained herein.

9     26.    Answering ¶ 10 of the First Amended Complaint, Defendant lacks sufficient

10 information and belief upon which to base an answer, and for that reason, denies generally and

11 specifically the allegations contained herein.

12     27.    Answering ¶ 11 of the First Amended Complaint, Defendant lacks sufficient

13 information and belief upon which to base an answer, and for that reason, denies generally and

14 specifically the allegations contained herein.

15     28.    Answering ¶ 12 of the First Amended Complaint, Defendant lacks sufficient

16 information and belief upon which to base an answer, and for that reason, denies generally and

17 specifically the allegations contained herein.

18     29.    Answering ¶ 13 of the First Amended Complaint, Defendant lacks sufficient

19 information and belief upon which to base an answer, and for that reason, denies generally and

20 specifically the allegations contained herein.

21     30.    Answering ¶ 14 of the First Amended Complaint, Defendant lacks sufficient

22 information and belief upon which to base an answer, and for that reason, denies generally and

23 specifically the allegations contained herein.

24     31.    Answering ¶ 15 of the First Amended Complaint, Defendant lacks sufficient

25 information and belief upon which to base an answer, and for that reason, denies generally and

26 specifically the allegations contained herein.

27     32.    Answering ¶ 16 of the First Amended Complaint, Defendant lacks sufficient

28 information and belief upon which to base an answer, and for that reason, denies generally and

1    specifically the allegations contained herein.

2          33.     Answering ¶ 17 of the First Amended Complaint, Defendant lacks sufficient

3    information and belief upon which to base an answer, and for that reason, denies generally and

4    specifically the allegations contained herein.

5          34.     Answering ¶ 18 of the First Amended Complaint, Defendant lacks sufficient

6    information and belief upon which to base an answer, and for that reason, denies generally and

7    specifically the allegations contained herein.

8          35.     Answering ¶ 19 of the First Amended Complaint, Defendant lacks sufficient

9    information and belief upon which to base an answer, and for that reason, denies generally and

10   specifically the allegations contained herein.

11         36.     Answering ¶ 20 of the First Amended Complaint, Defendant lacks sufficient

12   information and belief upon which to base an answer, and for that reason, denies generally and

13   specifically the allegations contained herein.

14         37.     Answering ¶ 21 of the First Amended Complaint, Defendant lacks sufficient

15   information and belief upon which to base an answer, and for that reason, denies generally and

16   specifically the allegations contained herein.

17         38.     Answering ¶ 22 of the First Amended Complaint, Defendant lacks sufficient

18   information and belief upon which to base an answer, and for that reason, denies generally and

19   specifically the allegations contained herein.

20         39.     Answering ¶ 23 of the First Amended Complaint, Defendant lacks sufficient

21   information and belief upon which to base an answer, and for that reason, denies generally and

22   specifically the allegations contained herein.

23         40.     Answering ¶ 24 of the First Amended Complaint, Defendant lacks sufficient

24   information and belief upon which to base an answer, and for that reason, denies generally and

25   specifically the allegations contained herein.

26         41.     Answering ¶ 25 of the First Amended Complaint, Defendant lacks sufficient

27   information and belief upon which to base an answer, and for that reason, denies generally and

28   specifically the allegations contained herein.

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

42.     Answering ¶ 26 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

43.     Answering ¶ 27 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

44.     Answering ¶ 28 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

45.     Answering ¶ 29 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

46.     Answering ¶ 30 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

47.     Answering ¶ 31 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

48.     Answering ¶ 32 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

49.     Answering ¶ 33 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

50.     Answering ¶ 34 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

51.     Answering ¶ 35 of the First Amended Complaint, Defendant lacks sufficient

DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

52.     Answering ¶ 36 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

53.     Answering ¶ 37 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

54.     Answering ¶ 38 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

55.     Answering ¶ 39 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

56.     Answering ¶ 40 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

57.     Answering ¶ 41 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

58.     Answering ¶ 42 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

59.     Answering ¶ 43 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

60.     Answering ¶ 44 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and

8

1  specifically the allegations contained herein.

2      61.     Answering ¶ 45 of the First Amended Complaint, Defendant lacks sufficient

3  information and belief upon which to base an answer, and for that reason, denies generally and

4  specifically the allegations contained herein.

5      62.     Answering ¶ 46 of the First Amended Complaint, Defendant lacks sufficient

6  information and belief upon which to base an answer, and for that reason, denies generally and

7  specifically the allegations contained herein.

8      63.     Answering ¶ 47 of the First Amended Complaint, Defendant lacks sufficient

9  information and belief upon which to base an answer, and for that reason, denies generally and

10  specifically the allegations contained herein.

11      64.     Answering ¶ 48 of the First Amended Complaint, Defendant lacks sufficient

12  information and belief upon which to base an answer, and for that reason, denies generally and

13  specifically the allegations contained herein.

14      65.     Answering ¶ 49 of the First Amended Complaint, Defendant lacks sufficient

15  information and belief upon which to base an answer, and for that reason, denies generally and

16  specifically the allegations contained herein.

17      66.     Answering ¶ 50 of the First Amended Complaint, Defendant lacks sufficient

18  information and belief upon which to base an answer, and for that reason, denies generally and

19  specifically the allegations contained herein.

20      67.     Answering ¶ 51 of the First Amended Complaint, Defendant lacks sufficient

21  information and belief upon which to base an answer, and for that reason, denies generally and

22  specifically the allegations contained herein.

23      68.     Answering ¶ 52 of the First Amended Complaint, Defendant lacks sufficient

24  information and belief upon which to base an answer, and for that reason, denies generally and

25  specifically the allegations contained herein.

26      69.     Answering ¶ 53 of the First Amended Complaint, Defendant lacks sufficient

27  information and belief upon which to base an answer, and for that reason, denies generally and

28  specifically the allegations contained herein.

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

70.     Answering ¶ 54 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

71.     Answering ¶ 55 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

72.     Answering ¶ 56 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

73.     Answering ¶ 57 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

74.     Answering ¶58 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

75.     Answering ¶ 59 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

76.     Answering ¶ 60 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

77.     Answering ¶61 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

78.     Answering ¶ 62 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

79.     Answering ¶ 63 of the First Amended Complaint, Defendant lacks sufficient

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

1  information and belief upon which to base an answer, and for that reason, denies generally and
2  specifically the allegations contained herein.

3      80.     Answering ¶ 64 of the First Amended Complaint, Defendant lacks sufficient
4  information and belief upon which to base an answer, and for that reason, denies generally and
5  specifically the allegations contained herein.

6      81.     Answering ¶ 65 of the First Amended Complaint, Defendant lacks sufficient
7  information and belief upon which to base an answer, and for that reason, denies generally and
8  specifically the allegations contained herein.

9      82.     Answering ¶ 66 of the First Amended Complaint, Defendant lacks sufficient
10  information and belief upon which to base an answer, and for that reason, denies generally and
11  specifically the allegations contained herein.

12      83.     Answering ¶ 67 of the First Amended Complaint, Defendant lacks sufficient
13  information and belief upon which to base an answer, and for that reason, denies generally and
14  specifically the allegations contained herein.

15      84.     Answering ¶ 68 of the First Amended Complaint, Defendant lacks sufficient
16  information and belief upon which to base an answer, and for that reason, denies generally and
17  specifically the allegations contained herein.

18      85.     Answering ¶ 69 of the First Amended Complaint, Defendant lacks sufficient
19  information and belief upon which to base an answer, and for that reason, denies generally and
20  specifically the allegations contained herein.

21      86.     Answering ¶ 70 of the First Amended Complaint, Defendant lacks sufficient
22  information and belief upon which to base an answer, and for that reason, denies generally and
23  specifically the allegations contained herein.

24      87.     Answering ¶ 71 of the First Amended Complaint, Defendant lacks sufficient
25  information and belief upon which to base an answer, and for that reason, denies generally and
26  specifically the allegations contained herein.

27                                    **COUNT 1**

28      88.     Answering ¶ 72 of the First Amended Complaint, Defendant lacks sufficient

11

information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

89.    Answering ¶ 73 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

90.    Answering ¶74 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

91.    Answering ¶74.1 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

92.    Answering ¶74.2 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

93.    Answering ¶74.3 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

94.    Answering ¶74.4 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

95.    Answering ¶74.5 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

96.    Answering ¶74.6 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

97.    Answering ¶74.7 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and

DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT

specifically the allegations contained herein.

98.     Answering ¶74.8 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

99.     Answering ¶74.9 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

100.    Answering ¶75 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

101.    Answering ¶76.1 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

102.    Answering ¶76.2 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

103.    Answering ¶76.3 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

104.    Answering ¶76.4 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

105.    Answering ¶76.5 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

106.    Answering ¶76.6 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

1    107.    Answering ¶76.7 of the First Amended Complaint, Defendant lacks sufficient

2    information and belief upon which to base an answer, and for that reason, denies generally and

3    specifically the allegations contained herein.

4    108.    Answering ¶76.8 of the First Amended Complaint, Defendant lacks sufficient

5    information and belief upon which to base an answer, and for that reason, denies generally and

6    specifically the allegations contained herein.

7    109.    Answering ¶76.9 of the First Amended Complaint, Defendant lacks sufficient

8    information and belief upon which to base an answer, and for that reason, denies generally and

9    specifically the allegations contained herein.

10   110.    Answering ¶77.1 of the First Amended Complaint, Defendant lacks sufficient

11   information and belief upon which to base an answer, and for that reason, denies generally and

12   specifically the allegations contained herein.

13   111.    Answering ¶77.2 of the First Amended Complaint, Defendant lacks sufficient

14   information and belief upon which to base an answer, and for that reason, denies generally and

15   specifically the allegations contained herein.

16   112.    Answering ¶77.3 of the First Amended Complaint, Defendant lacks sufficient

17   information and belief upon which to base an answer, and for that reason, denies generally and

18   specifically the allegations contained herein.

19   113.    Answering ¶77.4 of the First Amended Complaint, Defendant lacks sufficient

20   information and belief upon which to base an answer, and for that reason, denies generally and

21   specifically the allegations contained herein.

22   114.    Answering ¶78 of the First Amended Complaint, Defendant lacks sufficient

23   information and belief upon which to base an answer, and for that reason, denies generally and

24   specifically the allegations contained herein.

25   **COUNT 2**

26   115.    Answering ¶79 of the First Amended Complaint, Defendant lacks sufficient

27   information and belief upon which to base an answer, and for that reason, denies generally and

28   specifically the allegations contained herein.

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

116.    Answering ¶80 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

**COUNT 3**

117.    Answering ¶81 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

118.    Answering ¶82 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

**COUNT 4**

119.    Answering ¶83 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

120.    Answering ¶84 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

121.    Answering ¶85 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

**COUNT 5**

122.    Answering ¶86 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

123.    Answering ¶87 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

124.    Answering ¶88 of the First Amended Complaint, Defendant lacks sufficient

information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

**COUNT 6**

125.   Answering ¶89 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

126.   Answering ¶90 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

127.   Answering ¶91 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

128.   Answering ¶92 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

**COUNT 7**

129.   Answering ¶93 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

130.   Answering ¶94 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

**COUNT 8**

131.   Answering ¶95 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

132.   Answering ¶96 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

1   specifically the allegations contained herein.

2       133.    Answering ¶97 of the First Amended Complaint, Defendant lacks sufficient

3   information and belief upon which to base an answer, and for that reason, denies generally and

4   specifically the allegations contained herein.

5       134.    Answering ¶98 of the First Amended Complaint, Defendant lacks sufficient

6   information and belief upon which to base an answer, and for that reason, denies generally and

7   specifically the allegations contained herein.

8                                    **COUNT 9**

9       135.    Answering ¶99 of the First Amended Complaint, Defendant lacks sufficient

10  information and belief upon which to base an answer, and for that reason, denies generally and

11  specifically the allegations contained herein.

12      136.    Answering ¶100 of the First Amended Complaint, Defendant lacks sufficient

13  information and belief upon which to base an answer, and for that reason, denies generally and

14  specifically the allegations contained herein.

15                                   **COUNT 10**

16      137.    Answering ¶101 of the First Amended Complaint, Defendant lacks sufficient

17  information and belief upon which to base an answer, and for that reason, denies generally and

18  specifically the allegations contained herein.

19                                   **COUNT 11**

20      138.    Answering ¶102 of the First Amended Complaint, Defendant lacks sufficient

21  information and belief upon which to base an answer, and for that reason, denies generally and

22  specifically the allegations contained herein.

23      139.    Answering ¶103 of the First Amended Complaint, Defendant lacks sufficient

24  information and belief upon which to base an answer, and for that reason, denies generally and

25  specifically the allegations contained herein.

26      140.    Answering ¶104 of the First Amended Complaint, Defendant lacks sufficient

27  information and belief upon which to base an answer, and for that reason, denies generally and

28  specifically the allegations contained herein.

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

141.    Answering ¶105 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

### COUNT 12

142.    Answering ¶106 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

143.    Answering ¶107 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

144.    Answering ¶108 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

### DAMAGES

145.    Answering ¶109 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

146.    Answering ¶110 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

147.    Answering ¶111 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

148.    Answering ¶112 of the First Amended Complaint, Defendant lacks sufficient information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

### ATTORNEY'S FEES

149.    Answering ¶113 of the First Amended Complaint, Defendant lacks sufficient

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

information and belief upon which to base an answer, and for that reason, denies generally and specifically the allegations contained herein.

## PRAYER

1.      Defendant denies specifically and generally that Plaintiff is entitled to actual damages, as prayed for in the Complaint;

2.      Defendant denies specifically and generally that Plaintiff is entitled to treble damages under 18 U.S.C. §1964(c) as alleged in the Complaint;

3.      Defendant denies specifically and generally that Plaintiff is entitled to punitive damages in an amount not less than three times Plaintiff' actual damages, as alleged in the Complaint;

4.      Defendant denies specifically and generally that Plaintiff is entitled to pre-judgment interest according to statute or otherwise;

5.      Defendant denies specifically and generally that Plaintiff is entitled to post-judgment interest according to statute or otherwise;

6.      Defendants deny specifically and generally that Plaintiff is entitled to costs of suit; and

7.      Defendants deny specifically and generally that Plaintiff is entitled to any other such relief.

## DEMAND FOR JURY TRIAL

Defendant hereby demands a jury trial in this action.

## AFFIRMATIVE DEFENSES

The following affirmative defenses are alleged on information and belief by Defendant, and except as expressly stated otherwise, each defense applies to the entire Complaint and to each purported cause of action or claim for relief therein and to each plaintiff.  Defendant reserves the right to amend or withdraw any or all defenses or to raise any and all additional defenses as or after they may become known during the course of investigation or discovery, or trial.

No assertion of any affirmative defense shall constitute either (a) an admission that Plaintiff does not bear the burden of proof or burden of producing evidence on any element of any cause of

1  action or claim for relief or on any issue as to which a plaintiff bears the burden of proof or the
2  burden of producing evidence as a matter of law; or (b) a waiver of Defendant's right to require that
3  Plaintiff satisfy any burden of proof or burden of producing evidence.

4  AS A FIRST AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action
5  thereof, Defendant alleges that said Complaint fails to state a claim upon which relief can be granted.

6  AS A SECOND AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of
7  action thereof, Defendant alleges that the injuries and damages Plaintiff complain of, if any, resulted
8  from the acts and/or omissions of others, and without any fault on the part of this answering
9  Defendant.

10  AS A THIRD AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that at the
11  time of the injuries alleged in the Complaint, negligence, fault or other legal liability of parties
12  (named or unnamed) other than Defendant was the sole, contributory, or concurrent proximate and
13  legal cause of any injury, loss, or damage, including non-economic damages, if any, allegedly
14  sustained by Plaintiff; and Defendant is not liable for these other parties' proportionate share of non-
15  economic damages, if any, pursuant to California Civil Code sections 1431, et seq. and other
16  principles of law and equity.

17  AS A FOURTH AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that
18  Plaintiff assumed any and all risks, hazards, and perils alleged in the Complaint, and therefore
19  assumed the risk of all injuries or damages sustained, if any, which serves to bar or reduce any
20  recovery by Plaintiff.

21  AS A FIFTH AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that
22  Plaintiff's alleged injuries and damages, if any, resulted from inherent risks of the activity in which
23  Plaintiff voluntarily engaged and as to which Defendant owed no duty.

24  AS A SIXTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of
25  action thereof, Defendant alleges that Plaintiff failed to mitigate his damages, if any.

26  AS A SEVENTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of
27  action thereof, Defendant alleges that Plaintiff' Complaint is barred by the applicable Statute of
28  Limitations, including of the "Completed and Accepted" Rule as stated in *Jones v. P.S. Development*

*Co., Inc.* (2008) 166 Cal.App.4th 707, 712 [disapproved on another ground in *Reid v. Google, Inc.* (2010) 50 Cal.4th 512, 532, fn. 7];  *see also, Neiman v. Leo A. Daly Co.* (2012) 210 Cal.App.4th 962, and *Sanchez v. Swinerton & Walberg Co.* (1996) 47 Cal.App.4th 1461.

AS AN EIGHTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action thereof, Defendant alleges that the Complaint is barred by the equitable doctrine of laches.

AS A NINTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action thereof, Defendant alleges that the Complaint is barred by the equitable doctrine of unclean hands.

AS A TENTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action thereof, Defendant alleges that the Complaint is barred by the equitable doctrine of estoppel.

AS AN ELEVENTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action thereof, Defendant alleges that plaintiff has waived his rights to bring this action against them.

AS A TWELFTH AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that Defendant had no duty with respect to any defect or condition of which Plaintiff complains because said alleged defect or condition, if any, was trivial as a matter of law.

AS A THIRTEENTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action thereof, Defendant alleges that any damages sustained by plaintiff were either fully or in part the fault of others, whether that fault be the proximate result of negligence, strict liability, breach of warranty, breach of contract, or any other type of fault caused by persons, firms, corporations or entities, other than this answering defendant, and that said negligence or fault comparatively reduces the percentage of fault or negligence, if any, by this answering defendant.

AS A FOURTEENTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action thereof, this answering Defendant alleges that any alleged defect or condition was open and obvious by virtue of its appearance, form, function, instructions, warnings, or other features, and Plaintiff, or others who assumed responsibility for Plaintiff's safety and well-being, knew of in the exercise of reasonable care should have known of it and taken measures to mitigate or avoid it.

AS A FIFTEENTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause

of action thereof, this answering defect alleges that if Plaintiff suffered any damages, which is denied, such damages were and are the sole and proximate result of unavoidable accident insofar as Defendant was or is concerned and occurred without any fault or want of care on the part of Defendant, or on the part of any person or persons for whose acts Defendant was or is legally responsible.

AS A SIXTEENTH AFFIRMATIVE DEFENSE to the Complaint, and each alleged cause of action thereof, Defendant are informed and believes and thereon allege that decedent and Plaintiff, with full appreciation of the particular risks involved, nevertheless knowingly and voluntarily assumed the risks and hazards of the incident complained of and the damages, if any, resulting therefrom.

AS A SEVENTEENTH AFFIRMATIVE DEFENSE to the Complaint, Defendant is informed and believe and thereon alleges Plaintiff has failed to join necessary parties needed for a just adjudication of this action.

AS AN EIGHTEENTH AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that as to any cause of action or claim for relief therein based upon contract, warranty or any related theory, Plaintiff failed to meet the applicable conditions precedent and/or conditions subsequent.

AS A NINETEENTH AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that as to the any cause of action or claim for relief based upon contract, warranty, or any related theory, Plaintiff was not in privity of contract with Defendant.

AS A TWENTIETH AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that any loss, injury, or damage incurred by Plaintiff was proximately caused by the negligent or willful acts or omissions of parties or other persons or entities whom Defendant neither controlled nor had the right to control, and was not proximately caused by any acts, omissions, or other conduct of Defendant.

AS A TWENTY-FIRST AFFIRMATIVE DEFENSE to the Complaint, Defendant alleges that Plaintiff failed to give adequate notice of any dangerous, hazardous, or defective condition, or any breach of warranty, either express or implied.

1   AS A TWENTY-SECOND AFFIRMATIVE DEFENSE, Defendant alleges that if Plaintiff
2   has received, or in the future may receive, Workers' Compensation benefits under the California
3   Labor Code as a consequence of the alleged injury referred to in the Complaint, and in the event
4   Plaintiff is awarded damages against Defendant, any award against Defendant must be reduced, or
5   alternatively Defendant claims a credit against these awards to the extent that Defendant is barred
6   from enforcing its rights to reimbursement for Workers' Compensation benefits, in the amount of
7   all such benefits that plaintiff has received or may receive in the future.

8   AS A TWENTY-THIRD AFFIRMATIVE DEFENSE, Defendant alleges that if Plaintiff has
9   received, or in the future may receive, Workers' Compensation benefits under the California Labor
10  Code as a consequence of the alleged injury referred to in the Complaint, Defendant demands
11  repayment of any such Workers' Compensation benefits in the event that Plaintiff recovers tort
12  damages as a result of the injury allegedly involved in this case.  Although Defendant denies the
13  validity of Plaintiff's claims, in the event those claims are held valid and not barred by the statutes
14  of limitations or otherwise, Defendant asserts that cross-demands for money have existed between
15  Plaintiff and Defendant and the demands are compensated, so far as they equal each other, pursuant
16  to California Code of Civil Procedure section 431.70.

17  AS A TWENTY-FOURTH AFFIRMATIVE DEFENSE, Defendant alleges that the injuries
18  alleged in the Complaint, if any, were proximately caused by an unforeseen superseding and
19  intervening event beyond the control of Defendant.

20  AS A TWENTY-FIFTH AFFIRMATIVE DEFENSE, Defendant alleges that the Complaint
21  and each cause of action are vague, ambiguous, and uncertain, and as a result, do not permit
22  Defendant to raise all appropriate defenses, and, thus, Defendant reserves the right to add additional
23  defenses as the factual basis for these claims becomes known.
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

Dated: December 22, 2021

CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY

By: _____
JEFFREY M. VUCINICH, ESQ.
DANIEL D. MARCUS, ESQ.
Attorneys for Defendant
KRISTOFER BIORN

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**Paul Mula Jr., et al. v. Helene Mula-Stouky, et al.**

United States District Court, Northern District of California Case No. Case No. 5:21-cv-04540-NC

**CERTIFICATE OF SERVICE**

[*Code of Civ. Proc. §§ 1011, 1013, 1031a, 2015.5*]

**METHOD OF SERVICE:**

☐ By Personal Service     ☐ By Mail     ☐ By Overnight Delivery
☐ By Messenger Service     ☐ By Facsimile     ☒ By E-Mail/Electronic Transmission

1.     I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2.     My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, California 94066.

3.     On the date set forth below, I caused to be served a true and correct copy of the document described as:

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS FIRST AMENDED COMPLAINT**

4.     I served the documents on the persons below, as follows:

| | |
|---|---|
| Cari A. Cohorn, Esq.<br>Cohorn Law<br>100 Pine St., Suite 1250,<br>San Francisco, CA 94111<br>Tel: (415) 993-9005<br>Email: cohorn@cohornlaw.com<br><br>***Attorneys for Plaintiffs Paul Mula Jr., a California resident, individually, and on behalf of the Ogier Revocable Trust, together with the putative Helene Mula-Stouky and Paul S. Mula Jr. Trusts*** | Dennis L. Hall, Esq.<br>Dennis L Hall, Attorney, pllc<br>3033 North Central, Suite 810<br>Phoenix, Arizona 85012<br>Tel: (480) 596-4045<br>Email: dennis@dlhall.net<br><br>***Attorneys for Plaintiffs Paul Mula Jr., a California resident, individually, and on behalf of the Ogier Revocable Trust, together with the putative Helene Mula-Stouky and Paul S. Mula Jr. Trusts*** |

**DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

| | |
|---|---|
| Gerald D.W. North, Esq.<br>Gerald D.W. North & Associates<br>125 S. Wacker Dr., Suite 1000<br>Chicago, IL 60606<br>Tel: (831) 224-0007<br>Email: northlaw2@yahoo.com<br><br>***Attorneys for Plaintiffs Paul Mula Jr., a California resident, individually, and on behalf of the Ogier Revocable Trust, together with the putative Helene Mula-Stouky and Paul S. Mula Jr. Trusts*** | Bonnie Margaret Ross, Esq.<br>Messner Reeves LLP<br>160 W. Santa Clara Street, Suite 1000<br>San Jose, CA 95113<br>Tel: (408) 298-7120<br>Fax: (408) 298-0477<br>Email: bross@messner.com<br><br>***Attorneys for Defendants Helene Mula Stouky, by and through her Conservator of the Estate, Patricia M. Bye; Patricia M. Bye, individually, as Conservator of the Estate, as Successor Trustee of the Helene Mula Stouky Trust dated November 24, 1997, and as Successor Trustee of the Ogier Revocable Trust dated August 17, 2000; Alexandra Martin, individually and as Counsel to Patricia M. Bye; Robert E. Temmerman, individually and as Court-Appointed Counsel to Helene Mula Stouky; Christina Smith (erroneously sued as Christine Weiss), individually and as Conservator of the Person of Helene Mula Stouky*** |
| David S. Rosenbaum, Esq.<br>McDowall • Cotter, A.P.C.<br>2070 Pioneer Court<br>San Mateo, CA 94403<br>Tel: (650) 572-7933<br>Email: drosenbaum@mcdlawyers.net<br><br>***Attorneys for Defendant Alan Mula*** | |

5.     The document(s) was served by the following means (specify):

   a.     ☐     **BY PERSONAL SERVICE.** I caused to be personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

   b.     ☐     **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

      (1)     ☐     deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

      (2)     ☐     placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that

1  correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

2

3      I am a resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

4

5      c.   ☐   **BY OVERNIGHT DELIVERY**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

6

7      d.   ☐   **BY MESSENGER SERVICE**. I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

8

9      e.   ☐   **BY FAX TRANSMISSION**. Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used.

10

11     f.   ☒   **BY E-MAIL OR ELECTRONIC TRANSMISSION**. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the email addresses listed in item 4.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

12

13

14  ☐   **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

15  ☒   **(Federal)** declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

16

17      Executed on December 22, 2021 at San Bruno, California.

18

19  _____

20  Rosa Uribe

21

22

23

24

25

26

27

28

DEFENDANT KRISTOFER BIORN'S ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT