**Gerald D.W. North** (admitted *Pro Hac Vice*)
Gerald D.W. North & Associates
125 S. Wacker Dr., Suite 1000
Chicago, IL  60606
Email:  northlaw2@yahoo.com
Tel: (831) 224-0007

**Dennis L. Hall** (*Pro Hac Vice Application to be filed*)
Dennis L Hall, Attorney, pllc
3033 North Central, Suite 810
Phoenix, Arizona 85012
Email: dennis@dlhall.net
Tel: (480) 596-4045

**Cari A. Cohorn** (SBN 249056)
Cohorn Law
100 Pine St., Suite 1250,
San Francisco, CA 94111
Email: cohorn@cohornlaw.com
Tel: (415) 993-9005
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Paul Mula Jr., a California resident, individually and on behalf of the Ogier Revocable Trust Dated August 7, 2000, and all sub-trusts thereof, and on behalf of the Helene Mula-Stouky Trust Dated November 24, 1997,<br><br>        Plaintiff,<br>v.<br><br>Helene Mula-Stouky, a California resident, both individually and as former Successor Trustee of the Ogier Revocable Trust Dated August 7, 2000 and former Putative Trustee of the Helene Mula-Stouky Sub-Trust thereof, *et al.*,<br>        Defendants. | Case No. 5:21-cv-04540-BLF<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  June 11, 2021 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  March 15, 2022 COHORN LAW

By:  /s/ Cari A. Cohorn

Attorneys for PLAINTIFF