# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PAUL MULA,<br><br>    Plaintiff,<br><br>  v.<br><br>HELENE MULA-STOUKY, et al.,<br><br>    Defendants. | Case No. 21-cv-04540-BLF<br><br>**ORDER TO SHOW CAUSE WHY DISCOVERY SHOULD NOT BE STAYED** |

At the Initial Case Management Conference held on March 24, 2022, the Court indicated that discovery should be stayed pending decision on the motions to dismiss. Plaintiff requested the opportunity to propound limited discovery during that time period.

For the reasons stated on the record, Plaintiff is ORDERED TO SHOW CAUSE why discovery in this case should not be stayed pending disposition of the motions to dismiss. Plaintiff shall respond to the Order to Show Cause with a request to take limited discovery. That request must state in detail the exact discovery Plaintiff requests. After Plaintiff files his discovery request, the parties shall meet and confer. Defendants shall file a collective response to Plaintiff's request within 5 days after the meet and confer. No reply is allowed. The page limits for this briefing are: 5 pages for Plaintiff's motion and 5 pages for Defendants' collective response.

The briefing schedule and page limits are summarized below:

| | |
|---|---|
| Plaintiff's request: | April 7, 2022 (5 pages) |
| Meet & Confer: | No later than April 14, 2022 |
| Defendants' *collective* response: | 5 days after meet and confer (5 pages) |

**IT IS SO ORDERED.**

Dated: March 24, 2022

BETH LABSON FREEMAN
United States District Judge