UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL MULA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HELENE MULA-STOUKY, et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-04540-BLF<br><br>**ORDER TO SHOW CAUSE WHY DEFENDANT CRIST, SCHULZ, BIORN & SHEPHERD, APC SHOULD NOT BE DISMISSED FOR LACK OF SERVICE OF PROCESS** |

　　　Plaintiff is ORDERED TO SHOW CAUSE, in writing and by April 22, 2022, why Defendant Crist, Schultz, Biorn & Shepherd, APC should not be dismissed from this suit for lack of service of process within the time provided by Federal Rule of Civil Procedure 4(m).

　　　**IT IS SO ORDERED.**

Dated:  April 13, 2022

_____
BETH LABSON FREEMAN
United States District Judge